IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| C.C., AN INFANT, BY AND THROUGH CHARLOTTE CARMAN AND KRISTOPHER CARMAN, HIS PARENTS AND NEXT FRIENDS, AND CHARLOTTE CARMAN AND KRISTOPHER CARMAN, INDIVIDUALLY, § § § § § § § § § §<br>　　　　Plaintiffs § <br>§<br>VS. §<br>§<br>UNITED STATES OF AMERICA §<br>§<br>　　　　Defendant § | CIVIL ACTION NO. 06cv548 |

## ORDER APPROVING SETTLEMENT

On this day, in the above-referenced matter, the Joint Motion Approving Settlement came for approval by the Court as to the reasonableness of a settlement between the United States of America and CC., by and through Charlotte Carman and Kristopher Carman, his Parents and Next Friends, and Charlotte Carman and Kristopher Carman, Individually.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claim pursuant to 28 U.S.C. § 2677 (hereinafter "Stipulation For Compromise"), attached as Exhibit A. The Court has reviewed the Stipulation For Compromise. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court finds that this settlement is fair, reasonable, and in the best interests of C.C., Kristopher Carman and Charlotte Carman.

-2-

The Court additionally understands that this settlement is contingent upon the satisfaction of the terms set forth in Exhibit A.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibit A is hereby approved.

The Court finds that the Guardian Ad Litem fees, and expenses associated with the litigation are fair, reasonable, and necessary. The Court finds further that the Guardian Ad Litem's services in this case were in the capacity of assessing the potential claims of entitlement and deciding what course of action should be taken on behalf of his ward, C.C. and therefore are taxed as costs. It is hereby Ordered that such costs, including Guardian Ad Litem fees, and expenses are approved and are to be paid out of the settlement amount and not in addition thereto.

SIGNED AND ORDERED this _____ day of _____, 2008.

                                                                                                             _____

                                                                                                             The Honorable Hayden Head
                                                                                                             Chief Judge, United States District Court